IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZIEGLER INDUSTRIES, INC., | ) | 4:09CV3230 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| KATANA SUMMIT, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed by Magistrate Judge Zwart on January 25, 2010 (filing 18). Judge Zwart recommends that the plaintiff's motion for remand (filing 10) be denied.

On February 4, 2010, the plaintiff filed a response (filing 20) stating that it does not object to the findings and recommendation. No objections have been filed by the defendant.

In any event, I have conducted a de novo review under 28 U.S.C. § 636(b)(1). I find that Judge Zwart has correctly found the facts and applied the law, and that the findings and recommendation should be adopted. Accordingly,

IT IS ORDERED that:

1.    The magistrate judge's findings and recommendation (filing 18) are adopted.

2.    The plaintiff's motion for remand (filing 10) is denied.

February 12, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge